STATE v. JONES

No. 524P99

Case below: 135 N.C.App. 230

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 February 2000. Second

notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 February 2000. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.